IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARTIN GLENN BRIDGES,** #1603573, | § § § | |
| Petitioner, | § § § | |
| v. | § | Civil Action No. 3:15-CV-3830-L |
| **TODD HUGHES, Warden,** | § § § | |
| Respondent. | § § | |

**ORDER**

Before the court is Petitioner Martin Glenn Bridges' ("Petitioner") *pro se* writ of habeas corpus pursuant to 28 U.S.C. § 2254, filed December 1, 2015. The case was referred to Magistrate Judge David L. Horan for screening, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on December 2, 2015, recommending that the court dismiss transfer Petitioner's writ of habeas corpus to the Court of Appeals for the Fifth Circuit for determination. Petitioner filed objections to the Report on December 21, 2015. Petitioner contends that he received the Report on December 11, 2015. The court, therefore, construes his objections as timely filed.

When a petition is deemed successive, the district court lacks subject matter jurisdiction unless a panel of the Fifth Circuit allows the successive petition to proceed. After reviewing the pleadings, file, record in this case, Petitioner's objections, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court **overrules** Petitioner's objections. Accordingly, the court **directs** the clerk of the

court to **transfer** the habeas petition in this case to the Fifth Circuit for determination and **dismisses** this action for lack of subject matter jurisdiction.

    **It is so ordered** this 20th day of April, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge